UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RSS WFCM2020-C55-MI RHM, LLC<br><br>Plaintiff,<br><br>v.<br><br>RKJ HOTEL MANAGEMENT, LLC, et al.<br><br>Defendants. | Case No. 21-11345<br>Honorable Shalina D. Kumar<br>Magistrate Judge Anthony P. Patti |

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 25) AND DENYING DEFENDANT'S MOTION TO DISMISS (ECF NO. 10)**

This matter is before the Court on the assigned Magistrate Judge's February 28, 2022 Report and Recommendation (R&R) to deny Defendant Jeffrey Katofsky's Motion to Dismiss. (ECF No. 25).

As the R&R indicated, parties seeking review of the R&R could file specific written objections to it "[w]ithin fourteen days after being served with a copy." 28 U.S.C. §636(b)(1). Where, as here, neither party objects to the R&R, the district court is not obligated to independently review the matter. *See Thomas v. Arn*, 474 U.S. 140, 149-152 (1985). Failure to file objections also waives any further right to appeal. *See Smith v. Detroit Fed. of Teachers Local*, 829 F.2d 1370, 1373 (6th Cir. 1987). Nevertheless,

the Court has reviewed the R&R and finds that it is well-reasoned and supported by the applicable law. It will therefore accept the R&R as its own opinion.

Accordingly, **IT IS ORDERED** that the R&R (ECF No. 25) is **ADOPTED**.  **IT IS FURTHER ORDERED** that Defendant Katofsky's Motion to Dismiss (ECF No. 10) is **DENIED**.

s/Shalina D. Kumar
Shalina D. Kumar
United States District Judge

Dated: March 21, 2022